**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Tantum Companies, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1558256** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6100 Fairview Road<br>Suite 1156<br>Charlotte, NC 28210**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Mecklenburg**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | Tantum Companies, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7225_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Tantum Companies, LLC**                                     Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **BYB Leasing, LLC** _____   Relationship _____

District   **Western District of North Carolina** _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Tantum Companies, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Tantum Companies, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2023**
              MM / DD / YYYY

X **/s/ Mark Cote**                                    **Mark Cote**
Signature of authorized representative of debtor       Printed name

Title    **CEO**

**18. Signature of attorney**

X **/s/ Robert A. Cox, Jr.**                           Date    **June 26, 2023**
Signature of attorney for debtor                               MM / DD / YYYY

**Robert A. Cox, Jr. 21998**
Printed name

**Hamilton Stephens Steele + Martin, PLLC**
Firm name

**525 North Tryon Street, Suite 1400**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone    **704-344-1117**    Email address    **rcox@lawhssm.com**

**21998 NC**
Bar number and State

WRITTEN CONSENT WITHOUT A MEETING OF
I) BOARD OF MANAGERS OF TANTUM COMPANIES, LLC AND
II) MEMBER AND MANAGERS OF BYB LEASING LLC

June 26, 2023

The undersigned, being i) all of the Board of Managers of Tantum Companies, LLC, a Delaware limited liability company ("Tantum"), on behalf of Tantum in its own right and Tantum as the sole member of BYB Leasing LLC, a Delaware limited liability company ("BYB Leasing," together with Tantum, the "Companies"), and ii) all of the Managers of BYB Leasing (together, the "Authorized Bodies"), in accordance with the applicable limited liability company agreements for the Company, do hereby consent to, approve, and adopt the following resolutions by written consent in lieu of a meeting as of the dated written above: and the taking of the actions contemplated thereby with respect to the Companies as of the date written above:

WHEREAS, the Authorized Bodies have considered the current financial condition of the Companies, and the ability of the Companies to continue to fund operations in the ordinary course of business;

WHEREAS, after careful consideration of all relevant facts and circumstances, and having consulted with the legal and financial advisors to the Companies, and having fully considered each of the strategic alternatives to the Companies, each of the Authorized Bodies have determined that to preserve the maximum value of the Companies as an enterprise, and to provide the greatest return to stakeholders, a petition should be filed for each of the Companies seeking relief under the Bankruptcy Code, and that the Companies undertake related actions thereto;

WHEREAS, the undersigned Authorized Bodies are empowered and have sufficient authority to take the actions and authorizations contemplated by these resolutions, pursuant to the terms of the applicable limited liability agreements.

NOW, THEREFORE, IT IS RESOLVED, THAT, each of the Authorized Bodies for the Companies, in their business judgment, and after consultation with legal and other advisors, has determined that it is desirable and in the best interest of the Companies that voluntary petitions for relief under Chapter 11 of the Bankruptcy Code be filed and directs that each of the Companies file or cause to be filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and the filing of such petitions are authorized hereby;

FURTHER RESOLVED, that Mark Cote, as Chief Executive Officer and authorized officer for both Companies, is hereby authorized, empowered and directed on behalf of, and in the name of, each Company to appear as necessary at all bankruptcy proceedings on behalf of the Company; (b) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; execute, verify and file on behalf of the Companies all documents necessary or appropriate in connection with the filing of said bankruptcy petitions, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such bankruptcy cases; and take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the bankruptcy cases;

1

**FURTHER RESOLVED**, that the Companies, are authorized and empowered on behalf of, and in the name of, each Company to engage the law firm of Hamilton Stephens Steele & Martin, PLLC *("HSSM")* as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance such Company's rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Body be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of each Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of HSSM;

**FURTHER RESOLVED**, that the Companies, are authorized and empowered on behalf of, and in the name of, each Company to engage Blystone & Donaldson *("B&D")* as financial advisor to assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance such Company's rights and interests; and, in connection therewith, each Authorized Body be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of each Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of B&D;

**FURTHER RESOLVED**, that each Company and each authorized officer or authorized person of each Company be, and hereby is, authorized and empowered on behalf of, and in the name of, each Company to engage any other professionals, financial advisors or claims agent as deemed necessary or appropriate in their respective sole discretion to assist such Companies in carrying out their duties under the Bankruptcy Code, including executing appropriate retention agreements, paying appropriate retainers prior to or after the filing of each Company's chapter 11 case, and filing appropriate applications for authority to retain the services of any other professionals as any authorized officer shall in its discretion determine necessary;

**FURTHER RESOLVED**, that each Company and Authorized Officer are, and each of them hereby is, authorized and directed to (a) obtain postpetition financing according to the terms which may be negotiated by the Companies, including debtor-in-possession credit facilities or the use of cash collateral (the "DIP Financing"); and (b) enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such DIP Financing; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents;

**FURTHER RESOLVED**, that that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the bankruptcy cases and the DIP Financing, and documentation necessary to effect such transactions, or any further action to seek relief on behalf of the Companies under chapter 11 of the Bankruptcy Code, or in connection with the bankruptcy cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of each Company;

**FURTHER RESOLVED**, that all actions heretofore taken by the officers and authorized persons of each of the Companies with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby in all respects, authorized, approved, confirmed, adopted and ratified;

4864-5625-1754, v. 1

**FURTHER RESOLVED**, that, to the extent that this written consent of each of the Authorizing Bodies may be executed and delivered by means of a facsimile machine or other electronic transmission (including e-mail of a "pdf' signature), this written consent shall be treated in all manners and respects and for all purposes as an original written consent and shall be considered to have the same binding legal effect as if it were the original signed version thereof delivered in person; and

**FURTHER RESLOVED**, that this written consent may be executed in any number of counterparts, each of which shall for all purposes be deemed an original, and all such counterparts together shall constitute one and the same document.

[REMAINDER OF PAGE LEFT BLANK]

[SIGNATURE PAGE TO FOLLOW]

3

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first set forth above.

TANTUM COMPANIES, LLC

By:     Jim Phillips
Title:   Manager

By:     Denis Ackah-Yensu
Title:   Manager

By:     Mushin Muhammad II
Title:   Manager

By:     Raymond Groth
Title:   Manager

BYB LEASING, LLC

By:     Denis Ackah-Yensu
Title:   Manager

By:     Mushin Muhammad II
Title:   Manager

By:     Raymond Groth
Title:   Manager

4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tantum Companies, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Best Restaurant Equipment & Design, Inc. 4020 Business Park Drive Columbus, OH 43204 | | | Disputed | | | $105,575.22 |
| Budget Signs, Inc. 2358 Highway 80 W. Jackson, MS 39204 | | | | | | $74,539.69 |
| Divvy - Credit Card 500 Church Street Suite 200 Nashville, TN 37219 | | | | | | $149,446.58 |
| Gordon Food Service 1300 Gezon Parkway Grand Rapids, MI 49509 | | | | | | $232,024.30 |
| Guaranty Bank & Trust Co PO Box 657 Belzoni, MS 39038-0657 | | | | | | $187,324.50 |
| Internal Revenue Service P.O. Box 9941 Stop 5500 Ogden, UT 84409 | | | | | | $139,587.30 |

| Debtor | **Tantum Companies, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lester's BYB Joint Venture I** 2137 Old Hickory Boulevard Nashville, TN 37215 | | **Civil Action No. 23-CV-170, Williamson County, Tennessee; Lease dated 11/1/08 at 5004 Maryland Way, Brentwood, TN** | | | | $109,920.10 |
| **Lester's BYB Joint Venture II** 2137 Old Hickory Boulevard Nashville, TN 37215 | | | Disputed | | | $96,164.20 |
| **MS State Tax Commission** P.O. Box 960 Jackson, MS 39205-0960 | | | | | | $348,800.30 |
| **NC Department of Revenue** P.O. Box 250000 Raleigh, NC 27640-0520 | | Sales and Use Tax | | | | $77,839.66 |
| **NCR Corporation** PO Box 198755 Atlanta, GA 30384-8755 | | | Disputed | | | $215,104.78 |
| **Pat De Santis Group, Inc.** PO Box 3377 Fresno, CA 93650 | | | Disputed | | | $102,280.85 |
| **Paul Mattila, Trustee** c/o Regina Morrison Newman P.O. BOX 2751 Memphis, TN 38101-2751 | | | Disputed | | | $153,957.07 |
| **Primax Properties, LLC** 1100 East Morehead Street Charlotte, NC 28075 | | | | | | $226,941.67 |
| **Realty Income - Regions** 11995 El Camino Real San Diego, CA 92130 | | Leases | | | | $76,420.11 |

Debtor    **Tantum Companies, LLC**                                          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sysco Jackson, LLC Sysco 4400 Milwaukee St Jackson, MS 39209** | | | | | | **$87,190.77** |
| **Sysco Memphis LLC 4359 BF Goodrich Blvd Memphis, TN 38118** | | | | | | **$184,882.42** |
| **Tennessee Dept of Revenue 500 Deaderick St. Nashville, TN 37242** | | | | | | **$671,299.72** |
| **UMMC - Division of Physical Facilities 2500 North State St. Jackson, MS 39216** | | | | | | **$87,750.00** |
| **Upchurch Services, LLC PO Box 709 Horn Lake, MS 38637** | | | | | | **$208,093.95** |

ADT Commercial
1501 Yamato Road
PO Box 219044
Kansas City, MO 64121


All State Septic Tank Services Inc
3952 HWY 82
Leland, MS 38756


Altus Receivables Management
Hector Oliveras
PO Box 1389
Kenner, LA 70063


Amazon Capital Services
P.O. Box 035184
PO BOX 035184
Seattle, WA 98124-5184


American Financial Credit Services, Inc.
10333 North Meridian Street, Ste 270
Indianapolis, IN 46290


Amol Kohli
6 red gravel circle
Sicklerville, NJ 08081


Appalachian Power
Box Mill Road
PITTSBURGH, PA 15250-7496


Aramark Refreshment Svcs, Inc.
P.O. Box 21971
New York, NY 10087-1971


ARC Dogwood Promenade, LLC
P.O. Box 235021
Montgomery, AL 36123-5021


AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Atmos Energy Corporation
PO Box 740353
Cincinnati, OH 45274-0353


Avesis
P.O Box 52718
Phoenix, AZ 85072


Avison Young dba Madison Holdings, LLC
5350 Poplar Avenue, Ste 205
Memphis, TN 38119


Axum Capital Partners
6100 Fairview Road, Suite 1156
Charlotte, NC 28210


Bartlett Water Dept.
PO Box 341027
Bartlett, TN 38184-1027


Bay County Tax Collector
Burke Blue
221 McKenzie Avenue
Panama City, FL 32401


BED/GMEI Utility


Berrys Lawn Care & Landscaping
P.O. BOX 514
Elizabethton, TN 37643


Best Restaurant Equipment & Design, Inc.
4020 Business Park Drive
Columbus, OH 43204


Blystone & Donaldson LLC
211 East Boulevard
Charlotte, NC 28203


Bolivar County Tax Assessor
200 South Court Street
Attn: Tax Assessor
Cleveland, MS 38732

Buddy Marvin Hilliard
1050 Greenfield Circle
Brandon, MS 39042


Budget Drain Masters LLC
1678 Liberty Church Smith Road
Brighton, TN 38011


Budget Signs, Inc.
2358 Highway 80 W.
Jackson, MS 39204


C&T Solutions, Inc
1007 North Flowood Drive
Flowood, MS 39232


Cabarrus County Tax Collector
707 65 Church Street S
Concord, NC 28026


Caine & Weiner
P.O. Box 55848
Sherman Oaks, CA 91413


Cantu Construction, Inc.
115 Gamwyn Park Drive
Greenville, MS 38701


Cartridge World
1704 S. Broadway
Edmond, OK 73013


CC Two, LLC
200 Jefferson Avenue
Memphis, TN 38103


CenterPoint Energy
PO Box 4981
Houston, TX 77210-4981


Central MS Court Collections, LLC
P.O. Box 2191
Brandon, MS 39043-2191

```
Chancery Court Madison County
Attn: Pam Carter, Clerk & Master,
100 East Main Street, Ste 200
Jackson, TN 38301


Chancery Court Williamson County
P.O. BOX 1666
Attn: Jacob Schwedimann, Clerk & Master
Franklin, TN 37065-1666


Charter Communications
PO Box 4617
Carol Stream, IL 60197-4617


Charter Communications
PO Box 4617
Carol Stream, IL 60797-4617


Charter Communications
PO Box 94188
Palatine, IL 60094-4188


Chowly Inc.
225 West Wacker Drive
Ste 550
CHICAGO, IL 60606


Christopher W. Conner
Garner & Conner PLLC
250 High Street
P.O. Box 5059
Maryville, TN 37802


City of Bartlett Tax Dept.
6400 Stage Road
P.O. BOX 341148
Bartlett, TN 38184-1148


City of Brentwood
PO BOX 292225
Nashville, TN 37229-2225


City of Byram
PO Box 720609
Byram, MS 39272-0609
```

City of Clarksdale
P. O. BOX 940
Clarksdale, MS 38614-0940

City of Cleveland
PO Box 1439
Cleveland, MS 38732-1439

City of Flowood
PO Box 320069
Flowood, MS 39232

City of Flowood
PO Box 320069
Flowood, MS 39232-0069

City of Gastonia
PO Box 580068
Charlotte, NC 28258-0068

City of Gastonia Collections
P.O. BOX 1748
Gastonia, NC 28053

City of Germantown
Post Office Box 38809
Memphis, TN 38183-0809

City of Germantown
P.O. BOX 5171
Memphis, TN 38101-5171

City of Germantown Water
Post Office Box 38809
Memphis, TN 38183-0809

City of Jackson
P.O. BOX 2508
Jackson, TN 38302

City of Jackson Health & Sanitation
121 E MAIN STREET
SUITE 203
Jackson, TN 38301

City Of Kingsport
415 Broad St
Kingsport, TN 37660


City of Madison Water Department
1239 Highway 51
Madison, MS 39110


City of Meridian
PO Box 231
Meridian, MS 39302-0231


City of Olive Branch
9200 PIGEON ROOST RD
OLIVE BRANCH, MS 38654


City of Panama City Beach
116 S ARNOLD RD
Panama City Beach, FL 32413


City of Southaven
8710 Northwest Drive
Southaven, MS 38671-2410


City of Southaven
Office of the City Clerk
8710 Northwest Drive
Southaven, MS 38671-2410


City Services for City of Jackson MS
Dept 07-0006
PO Box 2819
Tupelo, MS 38803


Clarksdale Public Utilities
PO Box 70
416 Third Street
Clarksdale, MS 38614-0070


Clerk & Master
P.O. Box 1666
Franklin, TN 37065

Coahoma County Tax Assessor/Tax Collecto
P.O. BOX 219
Clarksdale, MS 38614

Coca-Cola USA
P.O. Box 102703
Atlanta, GA 30368

Comcast
PO BOX 37601
Philadelphia, PA 19101-0601

Comcast Business
PO Box 71211
Charlotte, NC 28272-1211

Comcast Business
PO Box 71211
Charlotte, NC 28272

Comcast Business
POB 71211
Charlotte, NC 28272-1211

Complete Lighting
P O BOX 984
Arlington, TN 38002

Constrata Consulting
10220 River Road, Suite 110
Potomac, MD 20854

Cook Electrical Contractors, LLC
186 Veterans Drive
Southaven, MS 38671

Cool Springs Crossing Limited Partnershi
f/k/a CBL Peripheral Properties Limited
PO Box 955607
Saint Louis, MO 63195-5607

Copesan Services, Inc.
PO Box 8442
Carol Stream, IL 60197-8442

Covington Electric Llc
P.O. Box 1897
Brandon, MS 39043


Cox Disposal Systems Inc.
Po Box 340
Bluff City, TN 37618


Cox Enterprises, LLC
2002 Hawthorne Lane
Birmingham, AL 35244


Crossfire Exhaust System Management, Inc
PO Box 1391
Ozark, MO 65721


CSI Nashville LLC
18330 Edison Avenue
St. Louis, MO 63005


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


Darling Ingredients
PO Box 554885
Detroit, MI 48267


Darrius Phillips
3500 Sophia Street
Memphis, TN 38125


Davidson County Metropolitan Trustee
Attn: Property/Personalty Taxes
P.O. BOX 196358
Nashville, TN 37219-6358


Davis Refrigeration
5846 North Commerce Plaza
SUITE B
Jackson, MS 39206

Davis Refrigeration
5846 North Commerce Plaza
Ste B
Jackson, MS 39206


Delta Promotions, LLC
5716 Hickory Plaza Drive Suite 400
Nashville, TN 37211


Dennis Pfaff
1700 6th Ave
Nashville, TN 37208


Divvy - Credit Card
500 Church Street
Suite 200
Nashville, TN 37219


Dominion Energy North Carolina
400 Otarre Parkway
Cayce, SC 29033


Don A. Leviton
The Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143


Don Armstrong-Property Tax Commissioner
102 Depot Street
P.O. BOX 1298
Columbiana, AL 35051


Duke Energy
PO Box 1094
Charlotte, NC 28201-1094


E.S.S. Inc
203 McMillin Street
Nashville, TN 37203


Eagle Trading International Corp. DBA Ro
6255 W Howard Street
Niles, IL 60714

Emma, Inc.
DEPT CH 19190
Palatine, IL 60055-9190


Enamored, LLC
2881 Vinings Way South East
Atlanta, GA 30339


Entergy
PO Box 8105
Baton Rouge, LA 70891-8105


Environment Masters, Inc.
PO Box 1015
Jackson, MS 39215


Environmental Drain Plumbing
Po Box 3604
Johnson City, TN 37602


Ernie E. Gilkes, III
Covenant Law Group PLLC
320 Seven Springs Way, Suite 250
Brentwood, TN 37027


Esite Analytics, Inc.
528 Johnnie Dodds Blvd.
Suite 201
Mount Pleasant, SC 29464


Federal Equipment Dealers Inc
4800 Summer Avenue
Memphis, TN 38122


Fidelity Security Life
PO Box 842531
Los Angeles, CA 90084-2531


Fifth and Church Investors, LLC
c/o William D. Pugh
Sherrard Roe Voigt & Harbison, PLLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201

Fix It Refrigeration
117 Evergreen Drive
Brandon, MS 39042


Flash Market, Inc.
P.O. BOX 1477
Greenville, SC 29602


Flores & Associates
P.O. Box 31397
Charlotte, NC 28231-1397


Flowers Baking
0, 0


FMS Lighting Management, Inc.
323 Commerce Park Drive
Jackson, MS 39213


Food Equipment Services Co., LLC
2315 Sycamore Dr
Knoxville, TN 37921-1750


Ford & Harrison LLP
271 17th Street, NW, Suite 1900
Atlanta, GA 30363


Forman Watkins & Krutz, LLP
210 East Capital Street
Suite 2200
Jackson, MS 39201-2375


Gaston County Tax Collector
Po Box 1578
Gastonia, NC 28053


Gill Properties
8130 Macon Station
Suite 114
Cordova, TN 38018


Global HR Research, LLC
PO BOX 638968
Cincinnati, OH 45263-8968

Gordon Food Service
1300 Gezon Parkway
Grand Rapids, MI 49509

Granite Telecommunications
CLIENT ID# 311
P.O. BOX 983119
BOSTON, MA 02298-3119

Greenway Waste Solutions
5600 Lakeview Road
Charlotte, NC 28269

Guaranty Bank & Trust Co
PO Box 657
Belzoni, MS 39038-0657

Guaranty Bank & Trust Co
P.O. Box 657
Belzoni, MS 39038-0657

Guaranty Bank & Trust Company
210 N. Hayden Street
Belzoni, MS 39038

Guardian
PO Box 677458
Dallas, TX 75267-7458

Hawkins County - County Clerk
110 E. Main, Room 204
Rogersville, TN 37857

Hawkins County Gas Utility District
PO Box 667
Rogersville, TN 37857-0667

Hi Auto, Inc.
3003 Tasman Drive
Santa Clara, CA 95054

Hi-Tek Fire Sprinklers, Inc.
P.O. Box 2187
Madison, MS 39130

Hinds County Tax Assessor
P.O. BOX 1727
Jackson, MS 39215-1727


HM Electronics, Inc.
PO Box 208713
Dallas, TX 75320-8713


Holt Plumbing Co., LLC
2608 MURFREESBORO ROAD STE 100
Suite 100
Nashville, TN 37217


Holt Plumbing Co., LLC
2608 Murfreesboro Road
Suite 100
Nashville, TN 37217


Honor Built, LLC
2010 Avalon Parkway
McDonough, GA 30253


Hoskins Mid South Plumbing
PO Box 1299
Batesville, MS 38606


Hospitality Control Solutions
PO Box 40308
Nashville, TN 37204-0308


I Make Ads LLC
2631 Skylane Drive
Marietta, GA 30062


Internal Revenue Service
P.O. Box 9941
Stop 5500
Ogden, UT 84409


Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

J.C. Michael Trust
12400 Fox Lair Drive
Collierville, TN 38017


Jackson Energy Authority
PO Box 2082
Memphis, TN 38101-2082


James Scott L.L.C.
1441 Broadway
6th Fl, Suite 6013
New York City, NY 10018


Jason Hanks
514 Lee Road
Cottontown, TN 37048


Joey Treadway
365 LOSHER STREET STE 110
HERNANDO, MS 38632-2144


Kescor, Inc.
15230 North Old Statesville Road
Huntersville, NC 28078


KeyBank Real Estate Capital
PO BOX 145404
Cinncinnati, OH 45250


Kieffer & Co.
3322 Washington Avenue
Sheboygan, WI 53081


Kilpatrick Townsend
PO Box 945614
Atlanta, GA 30394


Kingsport Heating & Air Conditioning
1905 Brookside Lane
Kingsport, TN 37660


Kirk Caraway
Allen, Summers & Gresham
80 Monroe Avenue, Suite 650
Memphis, TN 38103-2466

Lamar Companies
PO BOX 746966
Atlanta, GA 30374-6966


Landscaping NC
8427 Quail Hollow Drive
Harrisburg, NC 28075


Lauderdale County Tax Collector
P.O. Box 5205
Meridian, MS 39302-5205


Lauren Barash
379 Candler Park Drive Northeast
Atlanta, GA 30307


LBMC Manages Security Service
PO BOX 1869
Brentwood, TN 37024-8169


Lee Company
PO BOX 306053
Nashville, TN 37230-6053


LeFlore County Tax Collector
P.O. BOX 1349
Greenwood, MS 38935-1349


Lester's BYB Joint Venture I
2137 Old Hickory Boulevard
Nashville, TN 37215


Lester's BYB Joint Venture II
2137 Old Hickory Boulevard
Nashville, TN 37215


Lester's BYB Joint Venture III
2137 Old Hickory Boulevard
Nashville, TN 37215


Loop Media, Inc
700 N. Central, Suite 430
Glendale,, CA 91203

M. Thomas McFarland
Gullett Sanford Robinson & Martin
150 Third Avenue, South Suite 1700
Nashville, TN 37201


Madison County Tax Collector
P.O. BOX 113
Canton, MS 39046-0113


Mallory Valley Utility Dist.
PO Box 306056
Nashville, TN 37230-6056


Martin and White HVAC Service Sheetmetal
5501 Old Millington Road
Millington, TN 38053


Martin Blough Co.
P.O. Box 77
Brandon, MS 39043-0077


Mathews Advisors LLC
P.O. box 22149
Nashville, TN 37202


Mathews St. Cloud 2002 TIC, LLC
c/o William D. Pugh
Sherrard Roe Voigt & Harbison, PLLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201


Matt Rossino
1503 North Amanda Circle Northeast
Atlanta, GA 30329


Memphis and Shelby County Div. of Planni
125 North Main Street, Ste. 477
Memphis, TN 38103


Memphis Ice Machine Company
4130 Delp Street
Memphis, TN 38118

Memphis Light, Gas, and Water
PO Box 388
Memphis, TN 38101-2401


Metro Alarms Office
125 North Main Street
(1B-20)
Memphis, TN 38103


Metro Water Services
PO Box 305225
Nashville, TN 37230-5225


Middle Tennessee Electric
PO BOX 330008
Murfreesboro, TN 37133-0008


Mississippi Logos
113 Village Blvd Suite C
Madison, MS 39110


Mississippi Safe & Lock, Inc.
210 Maudedith Lane
Clinton, MS 39056


Mississippi State Department Of Health
570 E. Woodrow Wilson
Suite O-300
Jackson, MS 39215


Mitchell Services, Inc
123 11th St NW
Hickory, NC 28601


Monte Jump
4993 Fairhaven Way
Roswell, GA 30075


MS State Tax Commission
P.O. Box 960
Jackson, MS 39205-0960


MS. State Tax Commission
P. O. BOX 960
Jackson, MS 39205-0960

NC Department of Health and Human Servic
1632 Mail Service Center
Raleigh, NC 27699-1632


NC Department of Revenue
P.O. Box 250000
Raleigh, NC 27640-0520


NCR Corporation
PO Box 198755
Atlanta, GA 30384-8755


North Carolina Department Of Commerce
P.O. Box 26504
Raleigh, NC 27611-6504


Northcentral Mississippi Electric
PO Box 405
Byhalia, MS 38611


NUCO2
PO BOX 9011
Stuart, FL 34995


OKRA LLC
756 Ridge Lake Boulevard
Suite 225
Memphis, TN 38120


Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
CHICAGO, IL 60693


Palmer Brothers
841 S. COOPER
Memphis, TN 38104


Panola County Solid Waste
P. O. Box 1548
Batesville, MS 38606

Panola County Tax Assessor/Collector
151 PUBLIC SQUARE
Ste C
Batesville, MS 38606


Pat De Santis Group, Inc.
PO Box 3377
Fresno, CA 93650


Paul Mattila, Trustee
c/o Regina Morrison Newman
P.O. BOX 2751
Memphis, TN 38101-2751


PCS Retirement
PO Box 69147
Baltimore, MD 21264-9147


Personnel Concepts
PO Box
5750
Carol Stream IL, 60197-5750, IL 60197


Phase 3 Marketing & Communications
3560 Atlanta Industrial Dr. NW
Atlanta, GA 30331


Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201-1246


Precision Plumbing and Mechanical, LLC
Po Box 767
Florence, MS 39073


Primax Properties
1100 East Morehead Street
Charlotte, NC 28204


Primax Properties, LLC
1100 East Morehead Street
Charlotte, NC 28075

QRSONLINE.COM
917 S. Staples St.
Corpus Christi, TX 78404


Quadient Leasing USA, Inc.
Dept 3682
PO Box 123682
Dallas, TX 75312-3682


R. Mark Donnell, Jr.
Sims Funk PLC
3322 West End Avenue, Suite 200
Nashville, TN 37203


Radiant Systems
P O BOX 198755
Atlanta, GA 30384-8755


Randal D. Robinson
Burman & Robinson
580 South High Street, Suite 250
Columbus, OH 43215


Rankin County Tax Collector
211 East Government Street
Brandon, MS 39042


Realty Income - Regions
11995 El Camino Real
San Diego, CA 92130


Regina Morrison Newman
Shelby County Trustee
P.O. Box 2751
Memphis, TN 38101


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Resolute Burgers, LLC
629 Fondren Place 5331
Jackson, MS 39296

Resolute Real Estate, LLC
P.O. Box 5331
Jackson, MS 39296


ReSource Point of Sale
1765 N. Elston Ave.
Suite 201
CHICAGO, IL 60642


Revenue Recovery Solutions, Inc,
323 10th Avenue West
Palmetto, FL 34221


Richard A. Eisenberger, Jr.
124 One madison Plaza, suite 2100
Madison, MS 39110


Robert Half Management Resources
12400 Collections Center Dr.
CHICAGO, IL 60693


Robert J Young Company, LLC
P.O. Box 306412
Nashville, TN 37230-6412


Roto Rooter Sewer Service - Meridian
Highway 45 North
Meridian, MS 39305


Roy St. Cloud SM, LLC
c/o William D. Pugh
Sherrard Roe Voigt & Harbison, PLLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201


Sanders St. Cloud SM, LLC
c/o William D. Pugh
Sherrard Roe Voigt & Harbison, PLLC
150 Third Avenue, Suite 1100
Nashville, TN 37201


SH Kingsport, LLC
1100 East Morehead Street
Charlotte, NC 28204-2815

Shelby County Trustee
P.O. Box 2751
Memphis, TN 38101


Shipe Dosik Law LLC
2107 N. Decatur Road, Unit 347
Decatur, GA 30033


Shipe Doskik Law LLC
1035 Mountain Creek Trail Northwest
Suite 200
Atlanta, GA 30328


Shoes for Crews, LLC
File Lockbox 51151
Los Angeles, CA 90074-1151


Smartsheet Inc.
Dept 3421, PO BOX 123421
Suite 1300
Dallas, TX 75312-3421


Southeast Series of Lockton Companies, L
P.O. Box 741732
Atlanta, GA 30374-1732


SP Plus Corporation
PO Box 74007568
CHICAGO, IL 60674-7568


Spears Services
3501 W. Market St. Suite #1
Johnson City, TN 37604


SS Kemp & Co., LLC
4567 Willow Parkway
Cleveland, OH 44125


Stateline Services
101 3rd Street
Bristol, TN 37620


States Systems
1861 Vanderhorn Drive
Memphis, TN 38134

Store Capital
8377 E Hartford Dr., Suite 100
Scottsdale, AZ 85255

Store Master Funding XII, LLC
8377 East Hartford Drive
Suite 100
Scottsdale, AZ 85255

SYNDIGO LLC
PO Box 734311
CHICAGO, IL 60673-4311

Sysco Charlotte, LLC
4500 Corporate Drive NW
Concord, NC 28027

Sysco Corporation - Charlotte
4500 Corporate Drive NW
Concord, NC 28027

Sysco Houston, Inc.
10710 Greens Crossing Blvd.
Houston, TX 77038

Sysco Jackson, LLC
Sysco
4400 Milwaukee St
Jackson, MS 39209

Sysco Memphis LLC
4359 BF Goodrich Blvd
Memphis, TN 38118

Sysco Nashville
1 Hermitage Plaza
Nashville, TN 37209

TalentReef Inc 7410017
540 W. Madison, 4th Floor
TalentReef Inc 7410017
Bank of America Lockbox Services
CHICAGO, IL 60661

Tallahatchie Valley Electric Power Assoc
PO Box 513
Batesville, MS 38606


Talx UC Express
4076 Paysphere Circle
CHICAGO, IL 60674-4076


Taylor Freezer Sales
Taylor Freezer Sales
P.O. BOX 5807
Chesapeake, VA 23324


Tennessee Dept of Revenue
500 Deaderick St.
Nashville, TN 37242


The Howard Company, Inc.
1375 N Barker Road
Brookfield, WI 53045-5215


The Lincoln National Life Insurance Comp
P.O. Box 0821
Carol Stream, IL 60132-0821


Thompson Fabrication
9512 Wilkinson Boulevard
Charlotte, NC 28214


TMC Mgmt. Acct.-St Cloud Corner
P.O. Box 22107
TAMPA, FL 33622


Toaster Connection International
5 South Lewis Street
Metter, GA 30439


Total Group, LLC
a/k/a Total HVAC
15115 Old Hickory Blvd. Ste. B
Nashville, TN 37211


Town of Collierville
500 Poplar View Parkway
Collierville, TN 38017-3440

Town of Collierville
500 Poplar View Parkway
Collierville, TN 38017


Town of Harrisburg



Tracy's Lawn Service
2011 Sarn Court
Gastonia, NC 28054


Tri Star Energy, LLC
1740 Ed Temple Boulevard
Nashville, TN 37208


TRIMARK
4567 Willow Parkway
Cleveland, OH 44125


Tukaiz, LLC
6801 W. 73rd Street
637
Bedford Park, IL 60499-0637


UMMC - Division of Physical Facilities
2500 North State St.
Jackson, MS 39216


United Plumbing Heating Co. Inc
1929 Midway Street
Jackson, MS 39204


Upchurch Services, LLC
PO Box 709
Horn Lake, MS 38637


Valassis Direct Mail Inc
90469 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


Via Tech Publishing Solutions, Inc.
PO Box 503433
St Louis, MO 63150-3433

Vital Records Control
PO Box 11407
Dept. 5874
Birmingham, AL 35246-5874


Waste Connections Of North Carolina
5516 Rozzelles Ferry Road
Charlotte, NC 28214


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Waste Management of Mississippi
WM Corporate Services, Inc
AS PAYMENT AGENT
PO BOX 55558
BOSTON, MA 02205-5558


Waste Pro
200 Braxton Avenue
200 Braxton Avenue
Meridian, MS 39301


Water Authority Of Dickson Cty
101 Cowan Road
Dickson, TN 37055


Will Pugh
Sherrard Roe Voigt Harbison
150 2rd Ave South, Suite 1100
Nashville, TN 37201


Williamson County Trustee
c/o Karen Paris
P.O. BOX 1365
Franklin, TN 37065-1365


Wilma Allen
100 E. Main, Courthouse
Jackson, TN 38301


WM Corporate Services, Inc.
P.O. Box 55558
BOSTON, MA 02205

WNI/Tennessee, L.P.
500 North Broadway, Suite 201
P.O. Box 9010
Jericho, NY 11753


Zone 7 Lawns
PO Box 707
11841 Otto Lane
Arlington, TN 38002

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Tantum Companies, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tantum Companies, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tantum Holdings, LLC**
**6100 Fairview Road**
**Suite 1156**
**Charlotte, NC 28210**

☐ None [*Check if applicable*]

**June 26, 2023**

Date

/s/ Robert A. Cox, Jr.

**Robert A. Cox, Jr. 21998**

Signature of Attorney or Litigant
Counsel for   **Tantum Companies, LLC**

**Hamilton Stephens Steele + Martin, PLLC**
**525 North Tryon Street, Suite 1400**
**Charlotte, NC 28202**
**704-344-1117 Fax:704-344-1483**
**rcox@lawhssm.com**