

```
FILED & JUDGMENT ENTERED
    Steven T. Salata

       July  18  2023

  Clerk, U.S. Bankruptcy Court
Western District of North Carolina
```

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　) Case No.:　　23-30407
TANTUM COMPANIES, LLC, et al.,[1]　　　)
　　　　　　　　　　　　　　　　　　　　　) Chapter 11
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Debtor.　　　　　)

## ORDER APPOINTING UNSECURED CREDITORS' COMMITTEE

This matter coming before the Court upon the recommendation of the United States Bankruptcy Administrator for the appointment of a committee of unsecured creditors, and the Court acting pursuant to its authority under 11 U.S.C. §1102,

IT IS HEREBY ORDERED that the following creditors are to constitute the Official Committee of Unsecured Creditors in this Case:

Best Restaurant Equipment & Design, Inc.
Attn: Lori Waddle
4020 Business Park Dr.
Columbus, OH 43204

Gordon Food Service, Inc.
Attn: Julie Lamar
1300 Gezon Pkwy SW
Wyoming, MI 49509

Realty Income
Attn: Demetri Lahanas
11995 El Camino Real
San Diego, CA 92130

*This Order has been signed electronically.*
*The judge's signature and court's seal*　　　　　　　　　*United States Bankruptcy Court*
*appear at the top of the Order.*

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Tantum Companies, LLC (8256) and BYB Leasing, LLC (2164).